UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION


PAYGIE MOORE,

                Plaintiff,

                                                   Case No. 08-14365

v.

                                  HONORABLE AVERN COHN

COMMISSIONER OF SOCIAL SECURITY,

                Defendant.

_____/


**ORDER ADOPTING REPORT AND RECOMMENDATION**
**AND**
**GRANTING DEFENDANT'S MOTION FOR SUMMARY JUDGMENT**
**AND**
**DENYING PLAINTIFF'S MOTION FOR SUMMARY JUDGMENT**
**AND**
**DISMISSING CASE**


      This is a social security case.  Plaintiff Paygie Moore appeals from the final

determination of the Commissioner of Social Security (Commissioner) that she is not

disabled and therefore not entitled to disability insurance benefits.  The matter was

referred to a magistrate judge for all pretrial proceedings.  Plaintiff and the

Commissioner filed cross motions for summary judgment.  The magistrate judge issued

a report and recommendation (MJRR) recommending that the Commissioner's motion

be granted, that Plaintiff's motion be denied, and the case be dismissed.

      Neither party has filed objections to the MJRR and the time for objections has

passed.  The Court has reviewed the MJRR and agrees with the magistrate judge.

Accordingly, the findings and conclusions of the magistrate judge are adopted as the

findings and conclusions of the Court.  The Commissioner's motion for summary

judgment is GRANTED.  Plaintiff's motion for summary judgment is DENIED.  This case

is DISMISSED.

      SO ORDERED.


                S/Avern Cohn               
                AVERN COHN
                UNITED STATES DISTRICT JUDGE


      Dated:  November 5, 2009


      I hereby certify that a copy of the foregoing document was mailed to the
attorneys of record on this date, November 5, 2009, by electronic and/or ordinary mail.


                S/Julie Owens             
                Case Manager, (313) 234-5160